# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 25, 2018

SEAN F. McAVOY, CLERK

DARYL VOOGE )
*Plaintiff* )
v. )  Civil Action No.  4:17-CV-5172-MKD
)
)

COMMISSIONER OF SOCIAL SECURITY
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Stipulated Motion for Remand (ECF No. 19) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 15) STRICKEN AS MOOT.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge          MARY K. DIMKE          on a stipulated motion for remand
(ECF No.19).

Date:  05/25/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco

*(By) Deputy Clerk*

Melissa Orosco